## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL GONZALES SANCHEZ, | ) | |
| ID # 1288875, | ) | |
|      Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-00845-K |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal  Justice, Correctional | ) | |
| Institutions Division, | ) | |
|      Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Petitioner's Objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on July 8, 2009 are **OVERRULED**.

SIGNED this 27th day of July, 2009.

*Ed Kinkeade*
_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**